BEFORE THE THIRD DIVISION, OCTOBER 31, 1939

No. 42610.—Protest 986344-G of Japan Tourist Bureau (New York).

Opinion by Cline, J. In accordance with the report of the collector and on the authority of *Smith* v. *United States* (18 C. C. P. A. 16, T. D. 43974) the protest was sustained.